In the Matter of ALBERT L. WARD, Individually and as Secretary of the State Committee of the Democratic Party of the State of New York, Respondent, against THOMAS J. CURRAN, as Secretary of State of the State of New York, Appellant.

Argued August 19, 1943; decided August 19, 1943.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd* and *Wendell P. Brown* of counsel), for appellant.

*William J. O'Shea, Edward D. Burns, Henry Epstein, John P. McGrath, Andrew M. Lawlor* and *Saul Kaplan* for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.